

**CONNELL FOLEY**
A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700  F 212.262.0050

**Michael Bojbasa**
Of Counsel
Mbojbasa@connellfoley.com

August 25, 2021

**VIA ECF**
Honorable Paul A. Englemayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

   Re: **Alonzo v. Target Corporation**
     **Docket No.: 20 CV 03065(PAE)**

Dear Judge Engelmayer:

  We are the attorneys for the defendant Target Corporation in the referenced matter. I am writing on behalf of both parties to request an adjournment of the Case Management Conference scheduled for August 27, 2021 at 2:00 p.m. The parties also respectfully request that the date for submission of the Final Pretrial Order and pretrial materials, currently set for August 30th, be postponed as well.

  The reason for these requests is that the parties have agreed to attend private mediation at NAM which has been scheduled for October 6, 2021 at 4:00 pm. This was the first date on which the parties, respective counsel, and the agreed upon mediator were all available. The parties also advise that they have completed the necessary discovery and there are no pending issues to address with the Court.

  Accordingly, the parties respectfully request that Your Honor adjourn the conference to a date beyond the October 6th mediation and that dates for further submissions by the parties, if necessary, be scheduled for a date convenient to the Court in line with the new conference date.

Roseland  Jersey City  Newark  New York  Cherry Hill  Philadelphia
www.connellfoley.com

5442522-1

Honorable Paul A. Engelmayer
August 25, 2021
Page 2

Your Honor's consideration of this request is greatly appreciated.

Respectfully,

Michael Bojbasa

MB/dzc

cc: **VIA ECF AND FAX 516-739-3917**
Dominick W. Lavelle, Esq.
LAVELLE LAW FIRM
100 Herricks Road, Suite 202
Mineola, New York 11501

Granted. The case management conference on August 27, 2021 is adjourned. The parties are directed to submit a status update to the Court on October 25, 2021. SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
08/26/21

5442522-1